IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

ABRAHAM CAMPOS, #721237          §
                                §
v.                              §          CIVIL ACTION NO. G-05-199
                                §
DOUG DRETKE, DIRECTOR           §
OF TDCJ-CID                      §

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on June 9, 2005. Petitioner has filed Objections to the Report and Recommendation in a timely manner.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that Petitioner's Objections are without merit and that the Report and Recommendation should be **ACCEPTED**.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Abraham Campos (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas this 21st day of July, 2005.

_____
Samuel B. Kent
United States District Judge